Exhibit A to the Complaint

**Location:** ʻAiea, HI  
**Total Works Infringed:** 24

**IP Address:** 98.151.7.229  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE<br>File Hash:<br>9BE67B021A11DC3292BCE207B18A2311A31D90B10A04F549569DC1E091AE7C9A | 04/03/2024 11:40:40 | Blacked Raw | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 2 | Info Hash: 16ABDA2C0EEA9A389F0EDE894C454DA626B112FD<br>File Hash:<br>76FB63FF4696830A75F1B4F7BCE54903575FE297EAE7527535C49B8B660CB57C | 03/06/2024 11:19:00 | Blacked | 03/02/2024 | 03/12/2024 | PA0002459225 |
| 3 | Info Hash: 74CF828F11C94C0C70F448DDC440435EA0C5EE9D<br>File Hash:<br>2EEA6CB8E64062A896B494F9BC33CC5FDAE3448105A5A5D4933D018A9F3B0C1B | 01/04/2024 16:35:34 | Blacked | 10/12/2019 | 11/05/2019 | PA0002227087 |
| 4 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash:<br>A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 01/04/2024 16:34:53 | Blacked | 07/09/2022 | 07/22/2022 | PA0002359462 |
| 5 | Info Hash: 31B974DCDF2548CFD5F55B89DC321DAA89C91B36<br>File Hash:<br>8A964EA016BF47E08DCB07F16975016B58A018D9DF6AE6825FAD3F3ADA8B3E4B | 01/04/2024 16:26:33 | Blacked | 10/23/2021 | 11/11/2021 | PA0002321276 |
| 6 | Info Hash: 2DEBFB2D58D17A4DD87260D8761C937E2D3FB6C8<br>File Hash:<br>5227155C139879FEABC60A356F3B8984A10F9875ED1A40A93B1D8FFA063C9DF3 | 01/04/2024 16:26:17 | Blacked | 08/14/2021 | 08/23/2021 | PA0002308398 |
| 7 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash:<br>5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 12/11/2023 14:29:25 | Blacked Raw | 08/27/2022 | 10/31/2022 | PA0002377814 |
| 8 | Info Hash: 26380A944281AC365F9B2673FC8DBB7A8D552035<br>File Hash:<br>E6D0A5D8FE36D49614E650C220D2CA8513775875CDCA7672DF594C7A6FA7D641 | 12/10/2023 16:08:30 | Vixen | 12/08/2023 | 01/16/2024 | PA0002449510 |
| 9 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash:<br>DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 09/27/2023 10:09:54 | Blacked Raw | 07/25/2022 | 08/29/2022 | PA0002367727 |
| 10 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash:<br>47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 09/27/2023 09:28:15 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 11 | Info Hash: 3EA9B84FA8C9C8323C5E3EA7A084CC1AC667FAB1<br>File Hash:<br>D077C599BCDE53E0DDD6338CBE0201A88CF15C0FF4B764EECEE8F9647093DD84 | 06/19/2023 21:39:11 | Vixen | 06/16/2023 | 07/13/2023 | PA0002420352 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1<br>File Hash:<br>EE2171AFEF9CCACB672C580C5E6B64ABF837EB6811EDC93432D9F28620FFD7FB | 05/01/2023<br>09:00:57 | Blacked Raw | 04/19/2023 | 05/14/2023 | PA0002411264 |
| 13 | Info Hash: 57C6912A8C0A652DCA85A3C71BF6C3DEAF6ADA9D<br>File Hash:<br>46DE425154E54C1154880B5A5814B542C2485F3870DC77DAA5A6781AC10D4A8D | 04/18/2023<br>09:46:46 | Blacked | 01/07/2023 | 01/27/2023 | PA0002393078 |
| 14 | Info Hash: AEAF023FAC1652EC54FFF10B490E9ED6A4C1EF20<br>File Hash:<br>E1E20F7C1579BC38D7CE42E9F2EC7C92F118BDC4AB8949C1142CC811F979CD31 | 04/18/2023<br>09:43:46 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 15 | Info Hash: B9900C0B16C783D7522C174A49A24B5FCDB48F54<br>File Hash:<br>50828DF736CC9014C627E372E78C7509018E24C645DCEDFE59EAA6F02D74CC08 | 03/07/2023<br>10:46:40 | Vixen | 03/03/2023 | 04/10/2023 | PA0002405936 |
| 16 | Info Hash: FE489257524EBD9BF2822D3141896384CF645292<br>File Hash:<br>D63F25214F36BBCA9DDB40C18E2258F16A565C81E26465135423055535B09F0C | 02/01/2023<br>11:25:15 | Blacked | 10/15/2022 | 11/01/2022 | PA0002378073 |
| 17 | Info Hash: 24AE3812ECC6B6C2A00EAFCCA42FCAFCE17F3EDC<br>File Hash:<br>9F6EFDCD4FBFD45C2542295349DCCEA4B058323C05F1D297B773654EC5A01CD1 | 11/22/2022<br>22:27:56 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 18 | Info Hash: 81E09376DDB4DBE7806032952C003C92FD898CD4<br>File Hash:<br>E0CB089B233AA916BFE9DA1BC9EAC94412020D3AA408A6A4CFB754964E5B9D8D | 11/22/2022<br>21:52:21 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 19 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash:<br>7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 11/22/2022<br>21:43:30 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 20 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash:<br>8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 11/17/2022<br>10:41:45 | Vixen | 09/13/2021 | 10/05/2021 | PA0002315286 |
| 21 | Info Hash: EFEA64CC077DAA923A5387E947E7E2873D4DBE86<br>File Hash:<br>E8CE0044F96CD53B5184038B4FCC4FCE462254473E50C0C6BF5D0F30F5B51C2F | 08/14/2022<br>11:55:21 | Vixen | 08/12/2022 | 08/30/2022 | PA0002367721 |
| 22 | Info Hash: 1D918F2302BC0129E301B2EE7043A60A30FCFABE<br>File Hash:<br>E2F336590BCE4A09B82D016A2071FD6CAC669FA843DFBFCA95B2B2EC03A4A277 | 03/08/2022<br>09:13:37 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 23 | Info Hash: 49AA44C17AB7EF7E8DEAD2ABEB7DAFCCA9BDE2CC<br>File Hash:<br>33CF0352EB90E38E8DEE767FB8FB8AB2662318B2A0C3BE6523EF801D48D4C014 | 01/05/2022<br>09:39:18 | Blacked | 01/01/2022 | 01/17/2022 | PA0002330118 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3B4EA9DAAA3B1FC2F3D187FD1021BC9E4511C74A<br>File Hash: E1679995451088F985398F3E2F3CBDEF368CB39F12EDA01031CDA26AA4202C00 | 08/03/2021 09:53:54 | Blacked Raw | 07/05/2021 | 08/02/2021 | PA0002305092 |